LAW OFFICES OF BILL LATOUR
BILL LATOUR [C.S.B.N. 169758]
1420 E, Cooley Dr., Suite 100
Colton, California, 92324
    Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DANITA WHITE MICHAEL,<br>    Plaintiff,<br>vs.<br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br>    Defendant. | No. EDCV 13-753 JEM<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE |

Based upon the parties' Joint Stipulation to Dismiss the present case, and for good cause shown, IT IS ORDERED that this case is hereby dismissed and that both parties shall bear their own costs and expenses.

Date: September 17, 2013      /s/ John E. McDermott
                                          HON. JOHN E. MCDERMOTT
                                          UNITED STATES MAGISTRATE JUDGE