1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [C.S.B.N. 169758]
3  1420 E, Cooley Dr., Suite 100
   Colton, California, 92324
4       Telephone: [909] 796-4560
5       Facsimile: [909] 796-3402
        E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8               UNITED STATES DISTRICT COURT
9      FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10

11 DANITA WHITE MICHAEL,              )   No. EDCV 13-753 JEM
                                      )
12      Plaintiff,                    )   [~~PROPOSED~~] ORDER DISMISSING
                                      )
13      vs.                           )   CASE WITH PREJUDICE
                                      )
14                                    )
   CAROLYN W. COLVIN, Acting          )
15 Commissioner Of Social Security,   )
                                      )
16      Defendant.                    )
17 _____    )

18

19      Based upon the parties' Joint Stipulation to Dismiss the present case, and for
20 good cause shown, IT IS ORDERED that this case is hereby dismissed and that both
21 parties shall bear their own costs and expenses.
22
23      Date:  September 17, 2013       _____
24                                      HON. JOHN E. MCDERMOTT
25                                      UNITED STATES MAGISTRATE JUDGE
26
27
28